IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CENTRAL MORTGAGE COMPANY, ) | |
| ) | |
| *Plaintiff*, ) | Case 4:14-cv-10875-MAG-DRG |
| ) | |
| v. ) | Hon. Mark A. Goldsmith |
| ) | |
| ROBERT M. McMACKEN, *et al.*, ) | |
| ) | |
| *Defendants* ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| *Counterclaim and Crossclaim* ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| CENTRAL MORTGAGE COMPANY, ) | |
| ) | |
| *Counterclaim Defendant*, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT M. McMACKEN, & ) | |
| PNC BANK, N.A., as successor to ) | |
| National City Bank, ) | |
| ) | |
| *Crossclaim Defendants*. ) | |

**ORDER MODIFYING DEFAULT JUDGMENT**
**AGAINST ROBERT McMACKEN ONLY**

WHEREAS, this matter having come before the Court and the Court having reviewed the

pleadings and being fully advised in the premises;

1

11636959.1

**IT IS ORDERED THAT:**

1. Plaintiff's motion for the entry of default judgment against Defendant Robert M. McMacken (Dkt. No. 12) is granted with respect to the claims asserted against him by the Plaintiff, and the Order entering Default Judgment against Robert McMacken Only (Dkt. No. 19) shall have full force and effect with respect to the Plaintiff's claims against Defendant Robert McMacken.

2. Having filed a response to the United States' Crossclaim (Dkt. No. 21), Defendant Robert M. McMacken is not in default with respect to the claims asserted by the Defendant/Counterclaim and Crossclaim Plaintiff United States of America, which seeks to enforce its federal tax liens against the subject property (Dkt. No. 7). The United States' pleading does not seek a personal-liability judgment as to Defendant Robert M. McMacken's tax liability at this time.

THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THE CASE.

Dated: July 21, 2014  s/Mark A. Goldsmith
     Flint, Michigan  MARK A. GOLDSMITH
                           United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2014.

                                 s/Deborah J. Goltz
                                 DEBORAH J. GOLTZ
                                 Case Manager

11636959.1